IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMAAL BERNARD KING,

    Plaintiff,

v.                                            CASE NO. 4:19cv488-RH-MJF

FLORIDA DEPARTMENT OF
CORRECTIONS et al.,

    Defendants.

_____/

**ORDER GRANTING SUMMARY JUDGMENT IN PART**

    The plaintiff Jamaal Bernard King is a prisoner in the Florida Department of Corrections. He alleges the Department and two of its contracted medical providers failed to respond properly to his serious medical needs. One of the contracted medical providers, Centurion of Florida, LLC, moved for judgment on the pleadings. The order of October 13, 2020 granted the motion in part.

    First, the order dismissed Mr. King's federal-law claims against Centurion. Second, as to the state-law claims, the order converted the motion for judgment on the pleadings into a summary-judgment motion and required Mr. King to respond.

Mr. King now has responded, acknowledging that Centurion is entitled to summary judgment on the state-law claims. This is correct for the reasons set out in the October 13 order. This order thus grants summary judgment. And because this disposes of the only remaining claims against Centurion, I expressly determine that there is no just reason for delay and direct the clerk to enter judgment.

IT IS ORDERED:

1. Summary judgment is granted for Centurion on Mr. King's claims arising under state law.

2. The clerk must enter judgment under Federal Rule of Civil Procedure 54(b) stating, "The claims against the defendant Centurion of Florida, LLC were resolved on a motion for judgment on the pleadings as partly deemed a summary-judgment motion. It is adjudged that the plaintiff Jamaal Bernard King recover nothing on his claims against Centurion. The claims against Centurion are dismissed with prejudice."

SO ORDERED on November 5, 2020.

s/Robert L. Hinkle
United States District Judge