UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMAAL BERNARD KING,

    Plaintiff,

v.                               CASE NO.: 4:19-cv-00488-RH-MJF

FLORIDA DEPARTMENT OF CORRECTIONS,

    Defendant.

_____/

## MEDIATION REPORT

    The parties to the above cause submitted their issues to mediation on November 18, 2020. All issues have been resolved.

                                        /s/ Jason O'Steen
                                        JASON O'STEEN
                                        Florida Bar No. 52783
                                        **O'STEEN & O'STEEN, P.L.**
                                        2900 East Park Ave.
                                        Tallahassee, Florida 32301
                                        Email: jason@osteenosteen.com
                                        (850) 877-1028
                                        *Mediator*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by electronic email via the CM/ECF System to all counsel of record on this 3rd day of December, 2020.

                                        /s/ Jason O'Steen
                                        Attorney